# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANUEL SILVA,<br><br>　　　　　Petitioner,<br>　vs.<br>MATTHEW CATE, and KAMALA D. HARRIS,<br><br>　　　　　Respondents. | CASE NO. 12-CV-1314 LAB (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　Silva filed his habeas petition on May 22, 2012, and pursuant to 28 U.S.C. § 636(b) and Civil Local Rules 72.1(c) and (d) it was referred to Magistrate Judge Nita Stormes for a Report and Recommendation ("R&R"). Now before the Court is the Respondents' motion to dismiss. They argue that Silva's petition is untimely under AEDPA because it wasn't filed within the one-year statute of limitations period.

　　　Judge Stormes issued her R&R on the motion on March 28, 2013, finding that Silva's petition *was* timely, taking statutory and equitable tolling into account. Objections were due on April 17, 2013, but none was filed. The Court therefore **ADOPTS** the R&R in its entirety. *See* Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been property objected to."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district judge "must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise").

The Respondents' motion to dismiss is **DENIED**. They must answer Silva's habeas petition so that the Court may adjudicate it on the merits.

**IT IS SO ORDERED**.

DATED: July 3, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge